**DEDENDANTS' EXHIBIT TABLE**

**Case No. 4:13-cv-932 (S.D. Tex.)**

| Exhibit | Description |
|---|---|
| A | Immigration Removal Hearing Transcript (Executive Office for Immigration Review) |
| B | Defendant Summary for Tika Cortez (Harris County District Clerk) |
| C | Request and Appointment of Counsel (Harris County Criminal Court) |
| D | Motion and Order Setting Bail (Harris County Criminal Court) |
| E | Misdemeanor Plea of Guilty (Harris County Criminal Court) |
| F | Warrant for Arrest of Alien (Executive Office for Immigration Review) |
| G | Notice to Appear (Executive Office for Immigration Review) |
| H-1 | Press Release:  James T. Hayes (U.S. Immigration and Customs Enforcement) |

# EXHIBIT A

IN RE:   TIKA LANAY CORTEZ,                )
                                           )
                                           )   Case No. A201 067 658
                                           )
                                           )
_____)

TRANSCRIPT OF AUDIO RECORDING

HOUSTON, TEXAS

April 14th, 2011

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY:   LELIA C. HASUIKE, CSR NO. 11082

FILE NO.:   A600A8F

IN RE:  TIKA LANAY CORTEZ,                )
                                          )
                                          )    Case No. A201 067 658
                                          )
                                          )
_____)

TRANSCRIPT OF AUDIO RECORDING, transcribed in
Orange County, California, on Thursday, January 19, 2012,
before Lelia C. Hasuike, CSR No. 11082.

2

THURSDAY, APRIL 14TH, 2011;

         – – –

JUDGE GREENSTEIN: This immigration judge Saul Greenstein of the Houston S.P.C. Immigration Court, Houston, Texas, April 14th, 2011, in a group master calendar removal proceeding.

The following respondents are present.

THE INTERPRETER: █████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

Cortes Tika Lanay, ████████████████████
██████████████████████████████████████

████████████ –– I'm sorry –– ████████████

████████████████ –– I'm sorry, Judge. Strike the last one.

(Above names written phonetically.)

JUDGE GREENSTEIN: Okay. The Department of Homeland Security is represented by senior attorney Margaret Hoogle. The hearing is in the Spanish

language.  The interpreter in the Spanish language is Noemi Sanchez [phonetic].  I am the immigration judge who will hear the removal case.

The Department of Homeland Security has placed you in removal proceedings because they claim that you have violated immigration laws of this country.

The purpose of this hearing is to determine whether that is true and, if so, whether there is any relief from deportation available to you.

I'm going to explain the procedures of this hearing and your rights.  If I ask the group a question, each and every one of you must respond verbally.

Does everyone understand?

THE INTERPRETER:  "Yes" by all.

JUDGE GREENSTEIN:  The first right you have is the right to be represented in these proceedings by an attorney, but at no expense to the government.  Each of you should have received a list of attorneys and organizations in this area who might agree to represent you at little or no cost.

Did everyone get this list?

THE INTERPRETER:  "Yes" by all.

JUDGE GREENSTEIN:  The next right you have is the right to present evidence, such as testimony and documents, in support of your case.  The Department of

4

Homeland Security has the same right. However, if they give me any evidence you believe is improper for me to consider, you have the right to object to me considering it.

You also have the right to choose a country for deportation, if deportation becomes necessary. You cannot choose Mexico or Canada unless you are from those countries. If you choose a country other than your own for deportation, I will also choose your home country as an alternate in case the country you chose refused to accept you.

At the end of the hearing, I will make a decision. If you disagree with my decision, you have the right to appeal it to the Board of Immigration Appeals.

On the reverse side of the free legal services list you received is an explanation of your appeal rights. This document explains how to file an appeal in your case should you so decide.

After I tell you my decision, I'm going to ask whether you accept the decision or want to appeal. If you accept the decision, it will be final today. If you appeal, you will have 30 days to file your appeal with the Board of Immigration Appeals.

Does everyone understand?

THE INTERPRETER:   "Yes" by all.

JUDGE GREENSTEIN:   I need to place all of you under oath.   Please stand and raise your right hands.

In these proceedings do you swear to tell the truth, the whole truth, and nothing but the truth, so help you God?

THE INTERPRETER:   "Yes" by all.

JUDGE GREENSTEIN:   Thank you.   Please be seated.

In each of your cases, the Department of Homeland Security has filed a charging document called a "Notice to Appear."   You should have received this document at the time you were detained by D.H.S. or shortly thereafter.   The front of this paper has your name, alien registration number, and reasons D.H.S. is trying to deport you.   The reverse side has your signature and, in some cases, your fingerprints.

Have each of you received a copy of the notice to appear in your case?

THE INTERPRETER:   Not everybody replied, Your Honor.

JUDGE GREENSTEIN:   Is -- is there anyone who did not receive a copy of the notice to appear in their case?

No one is responding.

6

The notice to appear will be marked and admitted as Exhibit 1 in each of your cases.

Even if the allegations in the notice to appear are true and you are deportable as claimed by D.H.S., in some cases deportation may not be required. Some of you may qualify for certain types of relief from deportation.

Each form of relief has very specific requirements, which I will now explain to you. Pay close attention. Because if I find you deportable, I am going to be asking you if you want to apply for any of these forms of relief.

One kind of relief is asylum. To qualify, you need to prove a well-founded fear of the government or someone the government is unable or unwilling to control in your home country who will persecute you because of your race, nationality, religion, political opinion, or membership in a particular social group.

A related kind of relief is protection under the convention against torture. To qualify, you need to prove that it is more likely than not that the government of your home country or someone at the acquiescence of your government will torture you if you are deported there.

Does everyone understand the requirements for

7

asylum and protection under the convention against torture?

THE INTERPRETER:  "Yes" by all.

JUDGE GREENSTEIN:  Another type of relief is cancellation of removal.  And there are three kinds. The first kind requires you to have been a lawful permanent resident for at least five years.  You must also have lawfully resided in the United States for at least seven years.  And you must not have been convicted of a crime that qualifies as an aggravated felony.

The second kind requires you to have lived in the United States for at least ten years and been a person of good moral character for those ten years.  You must also have a spouse, child, or parent who is a U.S. citizen or lawful permanent resident who would suffer exceptional and extremely unusual hardship if you were deported.

The third kind requires you or your children to have been battered or physically abused by a spouse or parent who is a U.S. citizen or lawful permanent resident.  And you must have lived in the United States for at least three years.

Does everyone understand the requirements of cancellation of removal?

THE INTERPRETER:  "Yes" by all.

8

JUDGE GREENSTEIN:  Another form of relief is adjustment of status.  To qualify, you must have a relative or an employer who has sponsored you for an immigrant visa, in other words, filed papers to get your permanent residence.  And in most cases, you must have last entered the United States lawfully.

The final type of relief is called "voluntary departure," which allows you to leave the United States without being deported.  To qualify for voluntary departure, you need to have the ability and intention to immediately leave the United States.  If you're from any country other than Mexico, you must also have a passport and the money to pay for your plane ticket back to your home country.  And in all cases, you must prove you deserve it in the exercise of my discretion.  Please be advised that if I grant you voluntary departure, I will not be releasing you from custody.

Does everyone understand?

THE INTERPRETER:  "Yes" by all.

JUDGE GREENSTEIN:  If anyone believes that they were born in the United States, please stand now.

Let the record reflect that no one is standing.

If anyone has a mother or father who is a United States citizen, please stand now.

9

Let the record reflect that no one is standing.

If anyone wants more time to get an attorney or if you already have an attorney that is supposed to appear today, please stand now.

What is your name, ma'am?

MS. ███████: ████████████████.

JUDGE GREENSTEIN: Is your attorney Ms. ████?

████████████: Yes, sir.

JUDGE GREENSTEIN: Thank you. Please be seated.

What is your name?

MS. ██████: ████████████████.

JUDGE GREENSTEIN: Do you have an attorney yet?

MS. ██████: Yes.

JUDGE GREENSTEIN: What is his or her name?

MS. ██████: [Unintelligible.]

JUDGE GREENSTEIN: Thank you --

MS. ██████: [Unintelligible.]

JUDGE GREENSTEIN: Thank you. Please be seated.

MS. ████: Excuse me. I have a question.

JUDGE GREENSTEIN: Okay. Go ahead.

MS. ███████: My attorney was going to be here on Monday at eight -- 8:30.

JUDGE GREENSTEIN: You mean this Monday or the following Monday?

MS. ███████: No, this Monday.

THE INTERPRETER: May I ask her her name, Judge?

JUDGE GREENSTEIN: What is your name?

MS. ███████: ███████████.

THE INTERPRETER: Judge, what happened with this case, the bond request was filed, and you gave the attorney the date of April 18th. It's the same -- the same date in the afternoon the N.T.A. was entered, and [unintelligible].

JUDGE GREENSTEIN: Okay. Well, if your attorney can't make it today, we will reschedule your case. Do you know what the name of your attorney is?

MS. ███████: I have the card over there in my room. My attorney came and said my hearing date was going to be Monday at 8:30.

JUDGE GREENSTEIN: Okay. Well, if your attorney can't make it today, we'll give you a brief adjournment, and we'll reschedule. Okay?

THE INTERPRETER: The attorney is Mr. [unintelligible], Judge.

11

JUDGE GREENSTEIN:  Thank you.  Please be seated.

What is your name, ma'am?

MS. ████:  ███████████.

JUDGE GREENSTEIN:  Do you have an attorney yet?

MS. ████:  Yes.

JUDGE GREENSTEIN:  What is his or her name?

MS. ████:  Linda Vega.

JUDGE GREENSTEIN:  Okay.  Thank you.  Please be seated.

What is your name?

MR. ████:  ██████████, sir.

JUDGE GREENSTEIN:  Do you have an attorney yet?

MR. ████:  Yeah, Mr. ██████.

JUDGE GREENSTEIN:  Thank you.  Please be seated.

What is your name?

MR. ████:  ██████████.  Carlos.

JUDGE GREENSTEIN:  What is your last name?

MR. ████:  ██████.

JUDGE GREENSTEIN:  Okay.  Do you have an attorney yet?

MS. CORTEZ:  I was supposed to have one.  His

12

name was Carlos. But when I made contact, they told me he couldn't make it. So I think I was going to hire another one.

JUDGE GREENSTEIN: He told you that he couldn't make it or --

MS. CORTEZ: My family member --

JUDGE GREENSTEIN: Yeah.

MR. ███████: -- they told me he couldn't make it. So I think they were going to hire another lawyer.

JUDGE GREENSTEIN: So what I'm going to do is this hearing was originally scheduled for 1:00 o'clock. I moved it up because my morning case got canceled. Those of you that are supposed to have attorneys, I'm going to bring back at 1:00 o'clock.

UNIDENTIFIED SPEAKER: Could I ask a question?

JUDGE GREENSTEIN: Certainly.

UNIDENTIFIED SPEAKER: Can I make a phone call to find out if my attorney is going to be here today or if we need him to be here today?

JUDGE GREENSTEIN: We will call your attorney to see whether or not he will be here.

UNIDENTIFIED SPEAKER: Thank you.

JUDGE GREENSTEIN: And I will let you know at

13

1:00 o'clock what the answer is.

UNIDENTIFIED SPEAKER: Thank you.

JUDGE GREENSTEIN: This concludes the report from each respondent's master calendar hearing. I will now call each of the respondents individually.

(Pause in proceedings.)

JUDGE GREENSTEIN: This is a continuation of the initial master calender hearing in the case of Tika Lanay Cortez, File ████████. The respondent continues to appear pro se.

What is your name, ma'am?

MS. CORTEZ: Tika Lanay Cortez.

JUDGE GREENSTEIN: Is English or Spanish your best language?

MS. CORTEZ: English.

JUDGE GREENSTEIN: Okay. We can proceed in English, then, from now on. Is that best for you?

MS. CORTEZ: Yes, sir.

JUDGE GREENSTEIN: Do you wish to waive your right to seek representation and speak for yourself today?

MS. CORTEZ: Yes, sir.

JUDGE GREENSTEIN: Are you ready to speak to the charge against you?

MS. CORTEZ: Yes, sir.

14

JUDGE GREENSTEIN: Are you a citizen or national of the United States?

MS. CORTEZ: No, sir.

JUDGE GREENSTEIN: Are you a native and citizen of Colombia?

MS. CORTEZ: Yes, sir.

JUDGE GREENSTEIN: When did you arrive in the United States?

MS. CORTEZ: 1993.

JUDGE GREENSTEIN: At that time did an immigration officer admit or parole you into this country?

MS. CORTEZ: No, sir.

JUDGE GREENSTEIN: Do you concede that you are removable under Section 212A6AI as an alien who is present in the United States without having been legally admitted or paroled?

MS. CORTEZ: Yes, sir.

JUDGE GREENSTEIN: I will sustain that charge.

If you have to be deported, what country do you choose?

MS. CORTEZ: Puerto Rico because I have a cousin who lived there.

JUDGE GREENSTEIN: I don't think I can deport

15

you to Puerto Rico.  You have to have some sort of mechanism to be able to stay --

MS. CORTEZ:  Okay.

JUDGE GREENSTEIN:  -- to go somewhere.

What is the government's position on a designation of Puerto Rico?

UNIDENTIFIED SPEAKER:  [Unintelligible.]

JUDGE GREENSTEIN:  I'm going to have to designate Colombia.

Do you want to apply for any of the forms of relief that I explained before during the group hearing?

MS. CORTEZ:  Yes.

JUDGE GREENSTEIN:  Which one would that be?

MS. CORTEZ:  I would like to apply for a visa.

JUDGE GREENSTEIN:  For a what?

MS. CORTEZ:  For a visa.

JUDGE GREENSTEIN:  You don't really apply for a visa in front of me.  That has to be in front of Fisk [phonetic].  I don't have control over visas.  But how about I go through your file and determine what I think you may be eligible for?

MS. CORTEZ:  Okay.

JUDGE GREENSTEIN:  The first thing I'd like to know is if you have any United States citizen or

16

legal permanent resident parents, children, or a spouse.

MS. CORTEZ: Okay. I do.

JUDGE GREENSTEIN: I'm sorry. I can't hear you.

MS. CORTEZ: Yes, sir. I do.

JUDGE GREENSTEIN: And who is that?

MS. CORTEZ: I have a spouse.

JUDGE GREENSTEIN: He's a United States citizen?

MS. CORTEZ: Yes.

JUDGE GREENSTEIN: Are the two of you legally married, or you're just common-law married?

MS. CORTEZ: We're common-law married -- marriage.

JUDGE GREENSTEIN: You have -- go ahead. What were you saying?

MS. CORTEZ: Common-law marriage. We was -- we was considered to be married.

JUDGE GREENSTEIN: Okay. You would need to be actually married for me to consider --

MS. CORTEZ: Okay.

JUDGE GREENSTEIN: -- a form of relief called "cancellation of removal."

Is that your only United States citizen or legal permanent resident --

17

MS. CORTEZ:  Yes, sir.

JUDGE GREENSTEIN:  -- connection?

Okay.  Are you sure you don't want me to adjourn your case for you to get an attorney?

MS. CORTEZ:  No, sir.

JUDGE GREENSTEIN:  You just want to go forward?

MS. CORTEZ:  Yes, sir.

JUDGE GREENSTEIN:  You've been here since you were three years old.

Okay.  Do you feel persecution or torture if removed to Colombia?

MS. CORTEZ:  No, sir.

JUDGE GREENSTEIN:  Do you have a valid passport?

MS. CORTEZ:  Yes, sir.  But all that information is at my home.

JUDGE GREENSTEIN:  I'm sorry.  I -- I can't hear you.

MS. CORTEZ:  Yes, sir.  But I have all my information at my home.

JUDGE GREENSTEIN:  Do you have a valid Colombian passport?

MS. CORTEZ:  Yes, sir.  But I don't have a -- a valid visa.

18

JUDGE GREENSTEIN: Okay. As long as you have a valid passport. Would you have the ability to pay for an open plane ticket back to Colombia?

MS. CORTEZ: No, sir.

JUDGE GREENSTEIN: Okay. Then I can't grant you voluntary departure. The only thing I can really do at this time is to order you removed to Colombia.

Do you want to accept an order of removal, or do you want me to give you one last chance to talk to an attorney?

MS. CORTEZ: [Unintelligible.]

JUDGE GREENSTEIN: Okay. Then it is the decision of this Court that you be removed from the United States to Colombia on the charge contained in the notice to appear.

That is the Court's the decision. Do you want to appeal my decision, or do you accept it as final?

MS. CORTEZ: Accept it as final.

JUDGE GREENSTEIN: What's the government's position?

UNIDENTIFIED SPEAKER: [Unintelligible.]

JUDGE GREENSTEIN: [unintelligible.] These hearings are closed.

REPORTER'S CERTIFICATE

I, LELIA C. HASUIKE, CSR No. 11082, Certified Shorthand Reporter, certify;

That the foregoing proceedings were taken before me at the time and place therein set forth;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated this 20th day of January, 2012.


_____
LELIA C. HASUIKE, C.S.R. NO. 11082

# EXHIBIT B

Case 4:13-cv-00952   Document 11-1   Filed 08/02/13 in TXSD   Page 24 of 40

| | | |
|---|---|---|
| **HCDistrictclerk.com** | The State of Texas vs. CORTEZ, TIKA LANAY (SPN: 02552865) | 6/17/2013 |
| | Cause: 174810901010    CDI: 2    Court: 13 | |

## APPEALS

No Appeals found.

## RELATED CASES

No related cases found.

## WITNESS

No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 4/2/2011 |
| **Case (Cause) Status** | Complete |
| **Offense** | THEFT - $50-$500 |
| **Last Instrument Filed** | Misdemeanor Information |
| **Case Disposition** | DISP-040411 |
| **Case Completion Date** | 4/4/2011 |
| **Defendant Status** | DISPOSED |
| **Bond Amount** | $500.00 |
| **Next/Last Setting Date** | 4/4/2011 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| **Race/Sex** | B / F | **Height/Weight** | 5'04 / 150 LBS |
| **Eyes** | BRO | **Hair** | BLK |
| **Skin** | MBR | **Build** | HEV |
| **DOB** | 3/24/1990 | **In Custody** | N |
| **US Citizen** | NO | **Place Of Birth** | CB |
| **Address** | | 2012 CROCKETT ST HOUSTON TX77007 | |
| **Markings** | | | |

### COURT DETAILS

| | |
|---|---|
| **Court** | 13th |
| **Address** | 1201 Franklin (Floor: 11) Houston, TX 77002 Phone:7137557950 |
| **JudgeName** | DON SMYTH |
| **Court Type** | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 04/02/2011 | BOND SET | $888888 | 999 |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 04/02/2011 | COMPLAINT FILED | 2205 13 THEFT - $50-$500 LEVEL MB | |
| 04/02/2011 | BOND SET | $888888 | 999 |
| 04/02/2011 | REVIEWED BY | CHU, SHARON YU-HAO | |
| 04/02/2011 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 041147811N | |
| 04/02/2011 | COMPLAINANT | BUCHANAN, DANIEL | |
| 04/03/2011 | CMI/MIN | TIME 1013 AMOUNT$500 | 999 |
| 04/03/2011 | | NOT ACKNOWLEDGED BY SHERFF | |
| 04/04/2011 | ATTORNEY | MCLELLAN, WILLIAM RENE | 999 |

Case 4:13-cv-00952   Document 11-1   Filed 08/02/13 in TXSD   Page 25 of 40

| 04/04/2011 | ATTORNEY | AAT COURT 013 CFI 13 | |
| 04/04/2011 | JUDGE | SMYTH, DON PRESIDING | |
| 04/03/2011 | C87 ACTIVITY | PCWAR DONE STATUS CFI 13 | 999 |
| 04/04/2011 | SENTENCED IN | COURT 013 STARTING 04/04/11 | 999 |
| 04/04/2011 | SENTENCE TO | 8 DAYS CONFINEMENT | |
| 04/04/2011 | CREDIT GIVEN | DEFENDANT RECEIVED 3 DAYS CREDIT | |
| 04/03/2011 | MOTIONS | REQ APPT ATTY | 998 |
| 04/03/2011 | MOTIONS | FILED CFI 13 | |
| 04/02/2011 | MOTIONS | SET BAIL @ 35,000 | 999 |
| 04/02/2011 | MOTIONS | FILED CFI 13 | |
| 04/03/2011 | ORDER | GRNT AET BAIL 500 H/O JW | 999 |
| 04/03/2011 | OFFENSE | THEFT - $50-$500 LEVEL MB | |
| 04/04/2011 | JUDGMENT | CONVICTION-PLEA OF GUILTY | 999 |
| 04/04/2011 | PENALTY | 8 DAYS | 999 |
| 04/04/2011 | JUDG OFFENSE | THEFT - $50-$500 LEVEL MB | |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
| --- | --- | --- |
| 4/2/2011 3:04:00 PM | HCTY | 4/3/2011 4:30:00 AM |

## HOLDS

| Agency Placing Hold | Agency Name | Warrant Number | Bond Amount | Offense | Hold Placed | Hold Lifted |
| --- | --- | --- | --- | --- | --- | --- |
| TX287GICE | IMMIGRATION | A201067658 | $0.00 | IMMIGRATION DETAINER | 4/3/2011 | 4/4/2011 |

## CRIMINAL HISTORY

| Case(Cause) Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 174810901010-2Complete(C) | CORTEZ, TIKA LANAY | 4/2/2011 \| 4/3/2011 | 13 | Disposed(D) | Disposed(DISP) 4/4/2011 | $500.00 | THEFT - $50-$500 (M) | 4/4/2011 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
| --- | --- | --- | --- |
| SMYTH, DON | JUDGE - CRIMINAL | | 68777700 |
| MCLELLAN, WILLIAM RENE | APPOINTED DEFENSE ATTORNEY | | 01864073 |
| CORTEZ, TIKA LANAY | DEFENDANT - CRIMINAL | | 02552865 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court | Post | Docket Type | Reason | Results | Defendant Future | Comments | Attorney |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Case 4:13-cv-00952   Document 11-1   Filed 08/02/13 in TXSD    Page 26 of 40

| Jdgm | | | | | Date | Appearance Indicator |
|---|---|---|---|---|---|---|
| 4/04/2011 13 09:00 AM | Motions Docket | Jail Hearing | Guilty Plea Entered-- Sentenced | Data Unavailable | 1/1/0001 12:00:00 AM | Absent |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| CORTEZ, TIKA LANAY | Yes | B | F | 3/24/1990 | 02552865 |

## PAYMENT PLAN

**Total Due: $0.00   Total Paid: $222.00   Payoff Amt: $0.00   Past Due: $0.00   Judgment Date: 4/4/2011**

| ID | DUE | FEES | COSTS | Pmt No | DATE | LOCATION | TYPE | PAID | BALANCE | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|

**Totals:**

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 48364919 | DISPOSITION - TRIAL COURT CERTIFICATION OF DEFENDANTS RIGHT OF APPEAL | | 04/04/2011 | 1 |
| 48364920 | DISPOSITION - MISDEMEANOR PLEA OF GULTY/NOLO CONTENDERE | | 04/04/2011 | 2 |
| 48364958 | APPOINTING COUNSEL | | 04/04/2011 | 1 |
| 48376023 | JUDGMENT | | 04/04/2011 | 2 |
| 48337998 | PROBABLE CAUSE & STATUTORY WARNINGS | | 04/03/2011 | 1 |
| 48336207 | CHARGING INSTRUMENT - MISDEMEANOR INFORMATION | | 04/02/2011 | 1 |
| 48345089 | MOTION AND ORDER SETTING BAIL | | 04/02/2011 | 1 |

# EXHIBIT C



Request and Order for Appointed Counsel

Cause No. 1748109

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
|---|---|---|
| v. Tika Lanny Cortez | § | COURT AT LAW NO. 13 |
| | § | HARRIS COUNTY, TEXAS |

## Request and Order for Appointment or Waiver of Counsel

My name is *Tika Lanny Cortez*. I am ☐ the defendant ☐ a witness in this case. Today the judge presiding advised me of my right to be represented by a lawyer, either one that I hire, or if I am indigent or the interests of justice require, a lawyer appointed by the judge as well as the procedure for making this request; and the right to represent myself.

☐ I believe that I am indigent and I am requesting the Court appoint counsel to represent me. I understand that if there is a material change in my financial circumstances after a determination of my indigence is made, that I, my counsel, or the Assistant District Attorney representing the State may ask the judge to reconsider the judge's decision. In support of that this request I am giving sworn testimony before the judge about my personal and financial circumstances. I understand this information **may not** be used for any purpose except to determine my indigency or to impeach any future testimony I may give in this case.

I received assistance in completing this request from

☐ a court services officer,  ☐ a court clerk,  ☐ other _____

☐ I understand my right to counsel and the procedure for hiring or requesting appointed counsel and I choose to waive counsel and represent myself.

Signature of Defendant: *Tika Cortez*

Sworn to before me on _____

Personal Bond Office Employee/Deputy District Clerk, Harris County, Texas

Unofficial Copy - Office of Chris Daniel District Clerk

**FILED**
Chris Daniel
District Clerk
APR 0 4 2011
Time: _____
Harris County, Texas
By _____ Deputy

## Order Determining Right to Appointment of Counsel

Today Defendant's request for appointment of counsel was heard in open court and evidence presented concerning the defendant's financial resources.

☐ **The Court FINDS** ☐ Defendant indigent ☒ appointment of counsel is in the interests of justice. The Court **FURTHER FINDS** Defendant ☐ IS ☐ IS NOT financially able to pay all or part of the cost of legal services and related expenses.

The Court **APPOINTS** the attorney named below to represent Defendant until charges are dismissed, the defendant is acquitted, judgment is entered and sentence pronounced, or the attorney is relieved of his duties by the court or replaced by

WILLIAM R. MCLELLAN JR
ATTORNEY AT LAW
1314 TEXAS STE 1512
HOUSTON, TX 77002
OFC 713-475-1000

| | | |
|---|---|---|
| Attorney | SPN/State Bar # | WILLIAM R. MCLELLAN JR |
| Address | | ATTORNEY AT LAW |
| | | 1314 TEXAS STE 1512 |
| City | | HOUSTON, TX 77002 |
| | | OFC 713-475-1000 |
| | Texas (Zip Code) | FX 713-475-1006 |
| Phone | | SPN 01864073 |
| | Fax | BAR 24029719 |
| | | WILLIAM.MCLELLAN@ATT.NET |

☐ **The Court FINDS** Defendant has the financial resources to employ counsel and the appointment of counsel in the interests of justice is not necessary; accordingly, the request is **DENIED**. The Court immediately advised Defendant of the right to a reasonable opportunity to hire a lawyer, or that Defendant could waive that right and speak with a prosecutor immediately after this hearing.

☐ Defendant knowingly and voluntarily waived a reasonable opportunity to hire a lawyer and after reading the following, and having it explained to him by the Court, sign his name. *I have been advised by the judge of my right to representation by counsel in the case pending against me. I have been further advised that if I am unable to afford counsel, one will be appointed for me free of charge. Understanding my right to have counsel appointed for me free of charge if I am not financially able to employ counsel, I wish to waive that right and request the court to proceed with my case without an attorney being appointed for me. I hereby waive my right to counsel.*

Date: _____  Defendant Signature: _____

☐ Defendant refused to sign the waiver.
Thereafter, I informed Defendant of the nature of the charge contained in the information and permitted him to speak with a prosecutor.

☐ Defendant's request for a reasonable opportunity to hire a lawyer was **GRANTED**.

Judge Presiding: _____  Date Signed: 4-4-11

Revised 11/1/07

CLERK

# EXHIBIT D

14/999

Cause Number: 1748109                    Transaction Number: 1737929

Defendant: Tika Corley                    Offense: Theft

## MOTION AND ORDER SETTING BAIL

**FILED**
Chris Daniel
District Clerk

APR 02 2011

The undersigned Assistant District Attorney of Harris County, Texas recommends bail be set at $ 35,000

Defendant has the following prior convictions: _____

Time: 2205    Harris County, Texas

Additionally, _____ D is illegal immigrant    By: 762    Deputy

☐ **17.152(b). Violation of Condition of Bond in Family Violence Case.**
Defendant is presently charged with an offense involving family violence; that Defendant violated a condition of bail relating to the safety of the victim or community and is presently charged with violating Section 25.07, Penal Code.

☐ **17.152(c). Violation of a Magistrate's Order For Emergency Protection, Protective Order, or Ex parte Order**
Defendant committed the offense alleged in the complaint and criminal information in this cause.

☐ **17.152(d). Violation of a Magistrate's Order For Emergency Protection, Protective Order, or Ex parte Order Intending To Commit, Or Threaten To Commit Family Violence, Or Stalking**
Defendant committed the offense alleged in the complaint and criminal information in this cause by going to or near the place described in the order or condition of bond with the intent to commit or threaten to commit (1) family violence; or (2) an act in furtherance of an offense under Section 42.072, Penal Code (Stalking).

_____    # 2405412r    April, 2, 2011
A.D.A. Making Request                          Date

## ORDER SETTING BAIL

☐ Art. 17.40. Victim Safety

☐ Art. 17.43. Home Curfew and Electronic Monitoring

☐ Art. 17.44. Home Confinement, Electronic Monitoring and Curfew

☐ Art. 17.441. Motor Vehicle Ignition Interlock

☐ Art.17.445. AIDS and HIV Instruction

☐ Art. 17.46. Stalking

☐ Art. 17.47. Submit Specimen of DNA

Other

Other

☐ Paula Goodhart, Judge, County Criminal Court at Law No. 1
☐ John Clinton, Judge, County Criminal Court at Law No. 4
☐ Pam Derbyshire, Judge, County Criminal Court at Law No. 7
☐ Sherman Ross, Judge, County Criminal Court at Law No. 10
☐ Don Smyth, Judge, County Criminal Court at Law No. 13

☐ William Harmon, Judge, County Criminal Court at Law No. 2
☐ Margaret Harris, Judge, County Criminal Court at Law No. 5
☐ Jay Karahan, Judge, County Criminal Court at Law No. 8
☐ Diane Bull, Judge, County Criminal Court at Law No. 11
☐ Michael Fields, Judge, County Criminal Court at Law No. 14

☐ Natalie Fleming, Judge, County Criminal Court at Law No. 3
☐ Larry Standley, Judge, County Criminal Court at Law No. 6
☐ Analia Wilkerson, Judge, County Criminal Court at Law No. 9
☐ Robin Brown, Judge, County Criminal Court at Law No. 12
☐ Jean Spradling Hughes, Judge, County Criminal Court at Law No. 15

☐ Travis Lewis, Criminal Law Hearing Officer

☐ Jill Wallace, Criminal Law Hearing Officer

☐ Eric Hagstette, Criminal Law Hearing Officer

☐ Ron Nicholas, Criminal Law Hearing Officer

☐ Blanca Villagomez, Criminal Law Hearing Officer

☐ After a hearing, the Court **FINDS** the evidence sufficient to grant the relief requested, accordingly, the undersigned **ORDERS BAIL SET AT $ 0.00**

☐ The prosecution presented facts sufficient to support an initial bail amount higher than established in the current bail schedule, and **ORDERS BAIL SET AT $_____ ,ALONG WITH THE FOLLOWING CONDITIONS:**

Date: _____    Time: _____    _____
(Signature of Judicial Officer)

Print name if other than judicial officer, above _____

Unofficial Copy Office of Chris Daniel District Clerk

# EXHIBIT E

**Guilty Plea -- Counsel**

**P2**

Cause No. 1748109

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| V. Tika Lanay Cortez | § | COURT AT LAW NO. 13 |
| | § | HARRIS COUNTY, TEXAS |

## Misdemeanor Plea of Guilty / Nolo Contendere

Comes Now Tika Lanay Cortez , defendant in this case, and prior to entering a plea herein represents to the Court the following: I am mentally competent and I understand that I am charged with the misdemeanor offense of THEFT for which the punishment is by a fine not to exceed $ 2,000.00 or, or confinement in the Harris County Jail not to exceed 180 days , or both.

The defendant has entered into a plea bargain agreement with the State as follows:

_____

_____

_____

I understand that I have: the right to a jury trial; the right to compel witnesses to testify on my behalf; the right to confront and cross-examine my accusers; the right to be arraigned and have the charge read to me in open court; the right to remain silent and that anything I say can be used against me; and the right to have ten (10) days after the appointment of my attorney before entering a plea of guilty/*nolo contendere*.

I understand that upon a plea of guilty/*nolo contendere*, with a jury waiver, punishment may be assessed by the court either upon or without evidence at the discretion of the Court; that if I am not a citizen of the United States, my plea of guilty or *nolo contendere* may form the legal basis for my deportation, exclusion from admission to this country, or denial of naturalization under federal laws; that if I am on community supervision or parole, my plea of guilty/*nolo contendere* may result in the revocation of my community supervision or parole resulting in my further confinement; that if I am found guilty this case may be used to enhance my punishment if I am convicted of another offense; and that if the court does not exceed the agreed recommendation in assessing punishment that my right to appeal my conviction will be limited to matters raised by written motion and ruled upon before trial unless the court gives permission to raise other matters.

I am satisfied that the attorney representing me today in court has properly represented me and I have fully discussed the case, including the immigration consequences, if any, with either my attorney, an attorney specializing in immigration law, or both. With a full understanding of my rights, I hereby knowingly and voluntarily waive: the arraignment and the reading of the information; the right of trial by jury; the right to remain silent; the right to confront and cross-examine my accusers; the ten-day waiting period for trial after the appointment of counsel; and any further time to prepare for trial to which I or my attorney may be entitled. I confess that I committed the offense as alleged in the State's information and that each element of the State's pleading is true. In open court I freely and voluntarily enter my plea of guilty/*nolo contendere* to the offense charged in the information and request the Court to make immediate disposition of this case based upon my plea.

In addition to the above, I understand that if the judge does not follow the plea bargain, I will be allowed to withdraw my plea and that if the Court does not exceed the agreed recommendation in assessing punishment that my right to appeal my conviction will be limited to matters raised by written motion and ruled on before trial unless the Court gives permission to raise other matters.

_____    4/4/11 _____
Signature of Defendant                                    Date

Revised 12-10-2010

**Guilty Plea -- Counsel**

I have consulted with the defendant whom I have found to be competent and to whom I have fully explained all of the matters contained in this instrument including the immigration consequences, if any, and Defendant has waived his rights including the right to a presentence investigation.

_____          _____
Name of Counsel (please print)                 Signature of Counsel for the Defense

The undersigned assistant district attorney, on behalf of the State of Texas, consents to and approves the defendant's waiver of trial by jury.

_____          _____
Signature of Assistant District Attorney, Harris County, Texas     Date

After consulting with the defendant and informing the defendant of the nature of the charges, all rights and the consequences of the plea of guilty/*nolo contendere*, including the following: If you are convicted of a misdemeanor offense involving violence where you are or were a spouse, intimate partner, parent, or guardian of the victim or are or were involved in another similar relationship with the victim, it may be unlawful for you to possess or purchase a firearm, including a handgun or long gun, or ammunition, pursuant to federal law under 18 USC Section 922(g)(9), or Section 46.04(b), Texas Penal Code. If you have any questions whether these laws make it illegal for you to possess or purchase a firearm, you should consult an attorney. If you are not a citizen of the United States your plea will most likely effect your continued presence in this country, and if you have any questions regarding the immigration consequences of your plea you should consult with an immigration attorney immediately upon your release from confinement or upon leaving the courthouse.

The Court finds that the defendant is competent and that the plea was entered only after the defendant knowingly, intelligently and voluntarily waived the right to a trial by jury and all other rights set out above. The Court hereby accepts this plea.

If the plea results in a conviction of a misdemeanor involving family violence, as defined by Section 71.004, Family Code, I notified Defendant of the fact that it is unlawful for Defendant to possess or transfer a firearm or ammunition.

☑ The Court finds that there is sufficient information in the record to permit the meaningful exercise of sentencing discretion.

☐ The Defendant requests that a presentence investigation report not be made and the Court agrees to the request.

_____          _____
Judge Presiding                                    Date Signed

This document was translated verbatim from English to _____

by: _____          _____
(Print Name of Interpreter)                        (Signature of Interpreter)

Unofficial Copy Office of Chris Daniel District Clerk

FILED
Chris Daniel
District Clerk
APR 04 2011
Harris County, Texas
Deputy

Revised 12-10-2010

# EXHIBIT F

U.S. Department of Homeland Security

# Warrant for Arrest of Alien

File No. ▮▮▮▮▮▮▮
Event No: ▮▮▮▮▮▮▮
FINS #: ▮▮▮▮▮▮▮     Date: April 5, 2011

**To any officer delegated authority pursuant to Section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:
Tika Lanay CORTEZ AKA: T K, XX
_____
(Full name of alien)

Unknown Place
an alien who entered the United States at or near _____ on
(Port)

Unknown Date
_____ is within the country in violation of the immigration laws and is
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_____
(Signature of Designated Immigration Officer)

_____
(Print name of Designated Immigration Officer)

SDDO
_____
(Title)

---

## Certificate of Service

Served by me at HOUSTON, TEXAS _____ on April 5, 2011 _____ at 12:00 AM _____,
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

ROLANDO CORTEZ
_____
(Signature of officer serving warrant)

IMMIGRATION ENFORCEMENT AGENT
_____
(Title of officer serving warrant)

Form I-200 (Rev. 08/01/07)

# EXHIBIT G

**U.S. Department of Homeland Security**                                           **Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID : ███████        FIN #: ███████        File No: ███████████

DOB: ███████        Event No: ███████████

In the Matter of:

Tika Lanay CORTEZ AKA: T K, XX ;

Respondent: _____ currently residing at:

HOUSTON PROCESSING CENTER 15850 EXPORT PLAZA DRIVE , HOUSTON TEXAS 77032        (281)449-1481

_____(Number, street, city and ZIP code)_____        _____(Area code and phone number)_____

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

A 1. You are not a citizen or national of the United States;
A 2. You are a native of COLOMBIA and a citizen of COLOMBIA;
A 3. You arrived in the United States at or near unknown place, on or about unknown date;
A 4. You were not then admitted or paroled after inspection by an Immigration Officer.
A

4/14/11
JEE/mle

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

S/C  212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐8CFR 208.30(f)(2) ☐8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
5520 Greens Road Houston TEXAS 77032

_____(Complete Address of Immigration Court, including Room Number, if any)_____

on a date to be set at a time to be set to show why you should not be removed from the United States based on the
_____(Date)_____        _____(Time)_____

charge(s) set forth above.                                                     SDDO

_____(Signature and Title of Issuing Officer)_____

Date: April 5, 2011        HOUSTON, TEXAS

_____(City and State)_____

See reverse for important information

NTA filed with EOIR on 04/06/2011 - R

Form I-862 (Rev. 08/01/07)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this preceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

## Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before:

_X Tula Aaster_
(Signature of Respondent)

_____
(Signature and Title of Immigration Officer)

Date: 4/5/11

| Certificate of Service |
|---|

This Notice To Appear was served on the respondent by me on **April 5, 2011**, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[x] in person    [ ] by certified mail, returned receipt requested    [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[x] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the **SPANISH** language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
(Signature of Respondent if Personally Served)

ROLANDO CORTEZ    IMMIGRATION ENFORCEMENT AGEN
_____
(Signature and Title of officer)

Form I-862 Page 2 (Rev. 08/01/07)

# EXHIBIT H-1



Newsroom (http://www.ice.gov/news/) » Recent Releases (http://www.ice.gov/news/releases/)

# News Releases

○ SHR

OCTOBER 22, 2009   NEW YORK, NY

### ICE names new leader of the Office of Investigations in New York City

NEW YORK - U.S. Immigration and Customs Enforcement (ICE) Assistant Secretary John Morton has named James T. Hayes Jr. as the special agent in charge of the ICE Office of Investigations in New York City.

As special agent in charge, Hayes supervises a cadre of special agents who enforce immigration and customs laws by conducting investigations in a variety of areas, including: narcotics, financial- and trade-related, gangs, intellectual property rights, human smuggling, and child pornography.

Hayes was born and raised in Brooklyn, N.Y. "I'm excited to be returning home to New York City," said Hayes. "I've spent nearly 15 years working in Federal law enforcement throughout the United States, and I'm looking forward to using the experience I gained during those years to keep New Yorkers safe. I also look forward to working closely with the fine men and women of New York City's law enforcement community."

Prior to his appointment, Hayes served in a number of executive leadership positions, most recently as the director of the Office of Detention and Removal Operations (DRO) at ICE headquarters in Washington D.C. As DRO director, he oversaw 24 DRO field offices and more than 7,000 employees throughout the United States. He also served as chief of the ICE Counterterrorism Operations Section, acting chief of ICE's National Security Unit, and DRO Field Office Director for Los Angeles, Calif.

Hayes is a 15-year law enforcement veteran who began his career in 1995 as a U.S. Border Patrol agent in Del Rio, Texas. He transferred to California in 1977, and served as a deportation officer in Los Angeles, and as a special agent in Orange County. Hayes graduated from New York City's Xavier High School in 1992. He holds a Bachelor's Degree in Criminal Justice Administration from Park University. He is a member of the Senior Executive Service.

ICE's Office of Investigations plays a key role in maintaining the safety and security of the United States relative to international trade and commerce, financial markets, contraband, industrial and strategic parity, and immigration and border integrity. ICE uses its unified immigration and customs authorities to identify, disrupt and dismantle criminal organizations and other threats. ICE also works to deprive potential terrorists and transnational gangs from employing smuggling networks and methods to further their crimes against the United States.

You may also visit us on Facebook (http://www.ice.gov/exec/leaving.asp?url=http://www.facebook.com/wwwicegov) , Twitter (http://www.ice.gov/exec/leaving.asp?url=http://twitter.com/wwwicegov) and YouTube (http://www.ice.gov/exec/leaving.asp?url=http://www.youtube.com/wwwicegov) .

---

U.S. Immigration and Customs Enforcement (ICE) is the largest investigative arm of the Department of Homeland Security.

ICE is a 21st century law enforcement agency with broad responsibilities for a number of key homeland security priorities. For more information, visit www.ICE.gov. To report suspicious activity, call 1-866-347-2423 or complete our tip form (http://www.ice.gov/tips/) .